# UNITED STATES BANKRUPTCY COURT

District Of New Jersey

In re __JazzKat Amplifiers, LLC_____,         Case No. __14-21755-KCF__
              Debtor

                                                                                                 Chapter ___11_____

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consent to the substitution of Harry Jay Levin as Attorney of record for Debtor, JazzKat Amplifiers, LLC in the above-captioned matter.

**LEVIN CYPHERS**                                                                            **LEVIN CYPHERS**

_____                                          _____
Harry Jay Levin                                                                                      Timothy J. McNichols
Superseding Attorney                                                                          Withdrawing Attorney